Circuit Court for Anne Arundel County
Case No. C-02-CV-16-002906
Argued: 10/18/16

IN THE COURT OF APPEALS OF MARYLAND

No. 50

September Term, 2016

LINDA H. LAMONE et al.

v.

IAN SCHLAKMAN et al.

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: October 18, 2016

LINDA H. LAMONE et al.          *          IN THE

                                *          COURT OF APPEALS

                                *          OF MARYLAND

                                *          No. 50

IAN SCHLAKMAN et al.            *          September Term, 2016

## PER CURIAM ORDER

For reasons to be stated later in an opinion to be filed, it is this 18th

day of October, 2016,

ORDERED, by the Court of Appeals of Maryland, that the immediate stay

pending further review granted by this Court on September 23, 2016 be, and it

is hereby lifted, and it is further

ORDERED, that the temporary restraining order entered by the Circuit Court

for Anne Arundel County be, and it is hereby, vacated and the case is remanded

to that Court with direction that the Court dismiss the complaint as

untimely filed.  Costs to be paid by the appellees.  Mandate to issue forthwith.


                                        /s/ Mary Ellen Barbera
                                           Chief Judge